NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CF CRESPE LLC,**
*Appellant*

**v.**

**SILICON LABORATORIES INC.,**
*Appellee*

---

2016-1526

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00728.

---

## JUDGMENT

---

CRAIG ROBERT SMITH, Lando & Anastasi, LLP, Cambridge, MA, argued for appellant. Also represented by ERIC P. CARNEVALE, WILLIAM JOSEPH SEYMOUR.

PETER J. AYERS, Lee & Hayes, PLLC, Austin, TX, argued for appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (TARANTO, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 November 8, 2016                     /s/ Peter R. Marksteiner
          Date                          Peter R. Marksteiner
                                        Clerk of Court